IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 11 CR 469 |
| WILLIE JONES, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Willie Jones ("Jones") has just filed a self-prepared "Motion for Sentencing Transcript's [sic] docket sheet, Judgement [sic] and Commitment and All Discover's [sic]," complaining about the asserted inaction of his lawyer in obtaining those documents "for appeal reasons." Because Jones is represented by counsel, he is not permitted under law to act pro se. Moreover, this Court cannot make any judgment on the subject of claimed "inaction," for it has no way of knowing the situation as between a client and his lawyer (a subject of privilege).

Because Jones has included a "Certificate of Service" that reflects his having served a copy of the motion "upon the parties name[d]," this Court will take no action at this time. It expects of course that Jones' counsel will take whatever steps are necessary in conjunction with Jones' appeal.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 7, 2014